FILED
CLERK, U.S. DISTRICT COURT
FEB 27 2007
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION   BY DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )   Case No.: ED07-55-M
            Plaintiff,            )
                                  )
    v.                            )   ORDER OF DETENTION
Martin Ramirez-Carrillo           )
            Defendant.            )

On motion by the government for pre-trial detention, the Court finds that no condition or combination of conditions will reasonably assure the appearance of defendant as required ~~(or the safety of any person or the community)~~.

The Court has considered the nature and circumstances of the offense(s); the weight of evidence against the defendant; the history and characteristics of the defendant; and the nature and seriousness of the danger to any person or the community.

The Court bases the foregoing findings on the defendant's non-objection to pre-trial detention and the Pretrial Services Report/Recommendation. ~~(The defendant also has not rebutted the presumption provided by statute)~~.

IT IS THEREFORE ORDERED that defendant be detained without prejudice prior to trial/revocation hearing.

1 | IT IS FURTHER ORDERED that defendant be committed to the custody of the
2 | Attorney General for confinement in a corrections facility separate, to the extent
3 | practicable, from persons awaiting or serving sentences or being held in custody
4 | pending appeal; that defendant be afforded reasonable opportunity for private
5 | consultation with counsel; and that, on order of a Court of the United States or on
6 | request of any attorney for the government, the person in charge of the corrections
7 | facility in which defendant is confined deliver defendant to a United States Marshal
8 | for the purpose of any appearance in connection with a Court proceeding. This order
9 | is made without prejudice to reconsideration.

Dated: 2/27/07

HONORABLE OSWALD PARADA
United States Magistrate Judge